MARY P. BORSHOWSKY, as Administratrix of the Estate of JOHN PALEGA, Deceased, Appellant, v. B. ALTMAN & Co., Respondent.

Argued January 13, 1954; decided March 4, 1954.

*Bernard Meyerson* and *Fred Flatow* for appellant.
*Samuel E. Swiggett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.